OPINION — AG — **** COUNTY OFFICERS — RADIO — TELEVISION — PURCHASES **** THE VALIDITY OF CLAIMS DRAWN AGAINST COUNTY FUNDS FOR THE PURCHASE OF TELEVISION AND RADIO SETS FOR USE IN THE OFFICES OF COUNTY OFFICERS IS A QUESTION OF FACT. IF SUCH AN ITEM IS IN FACT NECESSARY FOR THE PROPER OPERATION OR FUNCTIONING OF A COUNTY OFFICER'S OFFICE, IT MAY BE LAWFULLY PURCHASED BY HIM. CITE: 68 O.S. 1961 289 [68-289](G), 70 O.S. 1961 3-4 [70-3-4], 68 O.S. 1961 289 [68-289](G) (W. J. MONROE)